**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order

United States Courts
Southern District of Texas
FILED

*April 08, 2026*

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | **Criminal No. 4:26-cr-212** |
| | § | |
| (1) ELFRIN LEE PATTEN | § | |
| (2) LAQUISHA "COOKIE" SHELTON, | § | **SEALED** |
| | § | |
| Defendants. | § | |

_____

## INDICTMENT

**THE GRAND JURY CHARGES:**

At all times material to this Indictment:

### Overview of Defendants' Fraudulent Scheme

1.     Defendant **Elfrin Lee Patten ("PATTEN")** was a resident of Manvel, Texas. **PATTEN** owned and operated a tax preparation business in southeast Houston called E. Patten Tax Prep.  From at least 2019 and continuing through at least the time of indictment, **PATTEN** and others working at his direction prepared tax returns for E. Patten Tax Prep clients.

2.     Defendant **Laquisha "Cookie" Shelton ("SHELTON")** was a resident of Houston.  **SHELTON** worked for **PATTEN** at E. Patten Tax Prep and prepared returns for clients.

3.     **PATTEN**, **SHELTON**, and other co-conspirators ensured that false credits and deductions were added to returns in order to fraudulently lower clients' overall tax liability. **PATTEN** trained return preparers and taught them how to place false credits on client returns.

4.     The precise nature of the fraud varied.  Among other things, **PATTEN** and his co-conspirators often utilized (1) false Form 7202 Sick and Family Leave Credits; (2) false Schedule C losses, often for businesses that did not even exist; and (3) false Schedule H credits showing

refundable credits for household employees his clients never hired. The false credits or deductions could reach tens of thousands of dollars and result in fraudulent refunds worth well over $10,000 per return.

5.      Because of the scale of the fraud and the number of clients who visited E. Patten Tax Prep, the harm to the IRS was significant. As just one example, the IRS identified at least $30 million in Sick and Family Leave Credits for returns affiliated with the E. Patten Tax Prep business.

6.      **PATTEN** would charge clients preparation fees which were often paid directly from client refunds. By generating larger refunds through fraud, **PATTEN** could charge very significant fees. The precise fees varied (often depending on the size of the return) but were often for thousands of dollars. **SHELTON**, along with other return preparers, would receive a portion of these preparation fees for returns she prepared.

7.      In addition, **PATTEN** also committed fraud on his own taxes. **PATTEN** submitted a fraudulent return for the 2022 tax year. Despite making well over a million dollars from his tax preparation business during that year, **PATTEN** reported only $50,000 in income. And, in doing so, **PATTEN** submitted a fraudulent Form W-2 that made it appear that $24,000 had been withheld in federal taxes. As a result, **PATTEN** claimed a refund of $18,386 to which he was not entitled.

8.      **PATTEN** then failed to file tax returns in subsequent years, despite making millions of dollars.

9.      Even after being alerted to the existence of an investigation following the execution of a federal search warrant in May 2023, **PATTEN** and **SHELTON** sought to continue their scheme by interfering with the investigation. Among other things, **PATTEN** sent WhatsApp messages and text messages to potential witnesses pressuring them not to speak to investigators.

10.     In addition, after the search warrant, **SHELTON** lied to investigators by providing a false affidavit that, among other things, stated that she did not prepare taxes, that she was paid only $15 per hour, and that she was paid only in cash.  In truth, **SHELTON** did in fact prepare tax returns for clients, and she was paid for her work via deposits to her husband's bank account.

**COUNT ONE – CONSPIRACY TO DEFRAUD THE UNITED STATES AND AID IN THE PREPARATION OF FALSE TAX RETURNS**
**(18 U.S.C. § 371)**

11.     Paragraphs 1 through 10 are incorporated by reference.

12.     Beginning at least as early as on or about January 1, 2019, the exact date being unknown to the Grand Jury, and continuing through at least on or about the time of indictment, in the Houston Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ELFRIN LEE PATTEN**
**and**
**LAQUISHA "COOKIE" SHELTON**

did unlawfully, voluntarily, intentionally, and knowingly conspire, combine, confederate, and agree with others known and unknown to defraud the United States and to commit the following offense against the United States:

> To willfully aid or assist, or procure, counsel, or advise the preparation under, or in connection with any matter arising under, the internal revenue laws, of a return, affidavit, claim, or other document, which is false or fraudulent as to any material matter, in violation of Title 26 United States Code, Section 7206(2).

**A.     The Objective of the Conspiracy**

13.     It was a part and an object of the conspiracy that **PATTEN**, **SHELTON**, and others known and unknown to the Grand Jury would and did defraud the United States by impeding, impairing, obstructing, and defeating the lawful Government functions of the Internal Revenue

3

Service of the Department of the Treasury in the ascertainment, computation, assessment, and collection of the revenue: namely, income taxes. The objective of the conspiracy was to commit tax fraud by filing tax returns for clients that contained false credits or deductions, and then profit from that fraud by charging preparation fees for those same clients.

**B.    The Manner and Means of the Conspiracy**

14.    To achieve their objective, the conspirators, both known and unknown to the Grand Jury, used the following manner and means:

a. **PATTEN**, **SHELTON**, and others would place Schedule C forms on client returns in order to fraudulently reduce their clients' tax liability. The Schedule C forms were supposed to be used for legitimate sole proprietorship businesses. **PATTEN**, **SHELTON**, and others would often prepare Schedule C forms where a client did not have a sole proprietorship business, and then add false entries for large business losses.

b. **PATTEN**, **SHELTON**, and others would also prepare returns that falsely claimed large amounts (often well over $10,000 per return) of refundable Sick and Family Leave Credits. These credits were authorized by Congress to compensate for amounts paid (or lost, in the case of self-employed individuals) because of sick leave related to COVID-19. These credits were often claimed on Schedule H, which is used for individuals to report household employees (*e.g.*, nannies). **PATTEN**, **SHELTON**, and others would prepare Schedule H forms even for clients who did not have any such employees, much less any sick and family leave paid to employees.

c. **PATTEN**, **SHELTON**, and others would work to ensure that clients did not know the full scope of the fraud. Clients were often provided only the first two pages of a return that had been filed in their name, not the entire Form 1040 with all accompanying schedules.

d. Even though all tax preparers were required to register and utilize a Provider Tax Identification Number, or "PTIN," **SHELTON** worked as a preparer without having a PTIN in her name. Instead, she utilized a PTIN in her husband's name.

e. **PATTEN**, **SHELTON**, and others profited from the fraud by charging preparation fees that were deducted from client returns. These fees would reach thousands of dollars per return. **PATTEN** earned millions from these fees, using them to purchase luxury vehicles (including a Rolls Royce) and real

4

estate, including in the Dominican Republic.

f. After the execution of a federal search warrant, **PATTEN**, **SHELTON**, and others attempted to further obstruct the IRS investigation to ensure that they could continue their scheme. Among other things, **PATTEN** sent text messages and WhatsApp messages to witnesses pressuring them not to cooperate with investigators.

g. In addition, **SHELTON** provided a false affidavit to investigators that stated, among other things, that "I have never prepared a tax return in my life, including my own." **SHELTON** also stated that "I quit after the raid." In truth, she prepared returns for money and continued to do so over the coming years.

## C. **Overt Acts in Furtherance of the Conspiracy**

15. To further the conspiracy and accomplish its objectives, the conspirators, working with themselves and others known and unknown, knowingly committed (and/or caused others to commit) the following overt acts, and others, in the Southern District of Texas and elsewhere:

a. On or about February 21, 2022, **PATTEN** (and/or others working at his direction) submitted a tax return for client C.B. that contained various false entries. This fraudulent tax return resulted in a refund of $13,457.

b. On or about Feb. 17, 2023, **PATTEN** and **SHELTON** (and/or others working at their direction) submitted a tax return for client D.J. that contained various false entries. This fraudulent tax return resulted in a refund of $22,564.

c. On or about Mar. 7, 2023, **PATTEN** and **SHELTON** (and/or others working at their direction) submitted a tax return for client L.R. that contained various false entries. This fraudulent tax return resulted in a refund of $22,382.

d. On or about April 4, 2023, **PATTEN** caused a Zelle payment to be sent to **SHELTON's** husband's account in the amount of $7,900.

e. On or about May 12, 2023, shortly after the execution of a federal search warrant, **PATTEN** sent a WhatsApp message to other co-coconspirators saying "Soooooooo, I want [t]o ask, have a agent came to any of yall house or job and asked yall questions...that yall haven't told me about...I need to know now."

f. On or about May 17, 2023, **PATTEN** caused a wire transfer to be sent to **SHELTON's** husband's account in the amount of $48,000. The transfer stated that it was for "f[e]es from 5.1.2023."

g.  On or about May 17, 2023, **PATTEN** sent a WhatsApp message to other co-conspirators discussing fees in which he stated that he would be paying them for preparation fees.  In it he stated, "Anyone that hasn't been paid, will be paid in full by today for the last 2 pay periods...i Have to contact the Wire Fraud Department because of the amounts of wire transfer have been over $2m within the past 10 days..."  He also added "And if an IRS AGENT ask you any questions, don't be scared, they are worried about me, just reply you will feel better asking questions with an attorney present...they have to stop after that."

h.  On or about October 10, 2023, **PATTEN** sent a WhatsApp message stating "Nobody talks to [witness], she the only one that nutted up and got scared and named people names." **PATTEN** added, "DO NOT COMMUNICATE WITH [witness], she trying to save her own ass by telling."

i.  On or about January 20, 2024, **PATTEN** sent another message indicating that he would retaliate against anyone who testified truthfully against him. **PATTEN** said, "Someone took a [sic] screeshot of a message and sent it to [witness] and she sent it [sic] the the IRS AGENT, or someone took a screenshot of a message and sent it to the IRS agent [. . . .] I found this out yesterday." **PATTEN** added, "when people are scared and trying to save their own azz, they will turn on you." **PATTEN** later added in that same message, "I should have left some people broke…"

All in violation of Title 18, United States Code, Section 371.

## COUNTS TWO THROUGH FIFTEEN
## Aiding and Assisting in the Preparation and Filing of False Income Tax Returns
## (26 U.S.C. § 7206(2))

16.  Paragraphs 1 through 14 are incorporated by reference.

17.  On or about the dates set forth in the table below and for the specific counts listed below, in the Southern District of Texas and elsewhere, the defendants,

## ELFRIN LEE PATTEN
## and
## LAQUISHA "COOKIE" SHELTON

willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of U.S. Individual Income Tax Returns, Forms 1040 (either individual or joint) for the taxpayers and calendar years listed below.  The returns were

6

false and fraudulent as to material matters, in that they represented that the taxpayers were entitled under the provisions of the Internal Revenue laws to claim deductions and credits for items and in the amounts listed below.  In truth, the defendants listed below knew at the time that the claimed items were false and fraudulent:

| Count | Defendant | Client | Approximate Filing Date | Tax Year | False Items | Amount Claimed |
|---|---|---|---|---|---|---|
| 2 | **PATTEN** | C.B. | Feb. 21, 2022 | 2021 | Business Income (or Loss) – Schedule C, line 31 | ($22,047) |
| | | | | | **Total refund claimed (Form 1040, line 35a)** | **$13,457** |
| 3 | **PATTEN** | C.B. | Feb. 21, 2023 | 2022 | Business Income (or Loss) – Schedule C, line 31 | ($6,249) |
| | | | | | Qualified sick and family leave credits from Schedule H– Schedule 3, Line 15 | $16,357 |
| | | | | | **Total refund claimed (Form 1040, line 35a)** | **$22,435** |
| 4 | **PATTEN** | D.J. | Feb. 20, 2021 | 2020 | Business Income (or Loss) – Schedule C, line 31 | ($34,737) |
| | | | | | **Total refund claimed (Form 1040, line 35a)** | **$10,211** |
| 5 | **PATTEN** | D.J. | Feb. 10, 2022 | 2021 | Business Income (or Loss) – Schedule C, line 31 | ($32,376) |
| | | | | | Child and Dependent Care Expenses –Form | $8,012 |

| Count | Defendant | Client | Approximate Filing Date | Tax Year | False Items | Amount Claimed |
|---|---|---|---|---|---|---|
| | | | | | 2441, line 2c | |
| | | | | | **Total refund claimed (Form 1040, line 35a)** | **$14,179** |
| 6 | **PATTEN and SHELTON** | D.J. | Feb. 17, 2023 | 2022 | Business Income (or Loss) – Schedule C, line 31 | ($13,385) |
| | | | | | Qualified sick and family leave credits from Schedule H – Schedule 3 Line 15 | $16,958 |
| | | | | | **Total refund claimed (Form 1040, line 35a)** | **$22,564** |
| 7 | **PATTEN** | L.P. | Feb. 17, 2022 | 2021 | Business Income (or Loss) – Schedule C, line 31 | ($35,241) |
| | | | | | **Total refund claimed (Form 1040, line 35a)** | **$14,515** |
| 8 | **PATTEN** | L.P. | Feb. 10, 2023 | 2022 | Business Income (or Loss) – Schedule C, line 31 | ($10,534) |
| | | | | | Qualified sick and family leave credits from Schedule H – Schedule 3, Line 15 | $11,188 |
| | | | | | **Total refund claimed (Form 1040, line 35a)** | **$20,096** |
| 9 | **PATTEN** | L.R. | Jan. 31, 2022 | 2021 | Business Income (or Loss) – Schedule C, line 31 | ($29,157) |

| Count | Defendant | Client | Approximate Filing Date | Tax Year | False Items | Amount Claimed |
|---|---|---|---|---|---|---|
| | | | | | Child and Dependent Care Expenses –Form 2441, line 2c | $8,624 |
| | | | | | **Total refund claimed (Form 1040, line 35a)** | **$16,489** |
| 10 | **PATTEN and SHELTON** | L.R. | Mar. 7, 2023 | 2022 | Business Income (or Loss) – Schedule C, line 31 | ($19,038) |
| | | | | | Qualified sick and family leave credits from Schedule H – Schedule 3 Line 15 | $12,667 |
| | | | | | **Total refund claimed (Form 1040, line 35a)** | **$22,382** |
| 11 | **PATTEN** | M.S. | Jan. 27, 2021 | 2020 | Business Income (or Loss) – Schedule C, line 31 | ($38,829) |
| | | | | | **Total refund claimed (Form 1040, line 35a)** | **$9,692** |
| 12 | **PATTEN** | M.S. | Feb. 4, 2022 | 2021 | Business Income (or Loss) – Schedule C, line 31 | ($63,025) |
| | | | | | **Total refund claimed (Form 1040, line 35a)** | **$10,157** |
| 13 | **PATTEN** | M.S. | Feb. 8, 2023 | 2022 | Business Income (or Loss) – Schedule C, line 31 | ($27,743) |
| | | | | | Qualified sick and family leave credits from Schedule H – | $15,008 |

| Count | Defendant | Client | Approximate Filing Date | Tax Year | False Items | Amount Claimed |
|---|---|---|---|---|---|---|
| | | | | | Schedule 3 Line 15 | |
| | | | | | **Total refund claimed (Form 1040, line 35a)** | **$19,785** |
| 14 | **PATTEN** | K.S. & S.H | Feb. 1, 2022 | 2021 | Business Income (or Loss) – Schedule C, line 31 | ($63,881) |
| | | | | | **Total refund claimed (Form 1040, line 35a)** | **$18,710** |
| 15 | **PATTEN and SHELTON** | V.G. | Feb. 17, 2023 | 2022 | Business Income (or Loss) – Schedule C, line 31 | $2,028 |
| | | | | | Qualified sick and family leave credits from Schedule H – Schedule 3 Line 15 | $18,691 |
| | | | | | **Total refund claimed (Form 1040, line 35a)** | **$20,931** |

All in violation of Title 26, United States Code, Section 7206(2).

## COUNT 16
## MAKING AND SUBSCRIBING A FALSE RETURN
### (26 U.S.C. § 7206(1))

On or about February 5, 2023, in the Houston Division of the Southern District of Texas and elsewhere, defendant

**ELFRIN LEE PATTEN**

willfully made and subscribed a false Form 1040, a joint U.S. Individual Income Tax Return, for tax year 2022, which was verified by a written declaration that it was made under the penalties of

10

perjury and which **PATTEN** did not believe to be true and correct as to every material matter. Specifically, that document reported that **PATTEN** earned wages of $50,000 (line 1a), along with withholdings of $24,000 (line 25a). The Form 1040 was also accompanied by a false W-2 from a business where **PATTEN** was not employed. In addition, the amounts listed on the Form 1040 were materially false and fraudulent, insofar as they failed to include the significant preparation fees that **PATTEN** obtained that year from E. Patten Tax Prep.

In violation of Title 26, United States Code, Section 7206(1).

**A TRUE BILL**

Original Signature on File

_____

FOREPERSON OF THE GRAND JURY

JOHN G.E. MARCK
Acting United States Attorney
Southern District of Texas


By:    _Brad Gray_____
BRAD R. GRAY
Assistant United States Attorney
Southern District of Texas

11